SCOTT LAKE
NV Bar No. 15765
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6205
Reno, NV 89513
Phone: (802) 299-7495
Email: slake@biologicaldiversity.org

ROGER FLYNN
CO Bar No. 21078 (*pro hac vice*)
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main Street, #2
Lyons, CO 80540
Phone: (303) 823-5738
Email: roger@wmaplaw.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, GREAT BASIN RESOURCE WATCH, and WESTERN SHOSHONE DEFENSE PROJECT,<br><br>    Plaintiffs,<br><br>vs.<br><br>DEBRA HAALAND in her official capacity as Secretary of the Interior, TRACY STONE-MANNING in her official capacity as the Director of the Bureau of Land Management, MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service, LAURA DANIEL-DAVIS, in her official capacity as Acting Deputy Secretary of the Interior, U.S DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and U.S. FISH AND WILDLIFE SERVICE,<br><br>    Defendants. | Case No: 2:24-cv-02043-CDS-NJK<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**<br>**(First Request)** |

      Plaintiffs, (Center for Biological Diversity, Great Basin Resource Watch, and the Western Shoshone Defense Project), and the Federal Defendants (U.S. Department of the Interior, et al.) respectfully submit this Joint Motion to Extend the Current Deadline for the Federal Defendants to file their Answer to Plaintiffs' Complaint (ECF #1).

1

Currently, Federal Defendants' Answer is due on December, 30, 2024. Under Fed. R. Civ. Pro. 15, Plaintiffs may file an Amended Complaint "as a Matter of Course" … "if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Rule 15(a)(1)(B). Federal Defendants have yet to file a responsive pleading.

As Plaintiffs stated in the Complaint, Plaintiffs intend on filing an Amended Complaint to add, among other potential revisions, additional claims under the citizen suit provision of the Endangered Species Act (ESA). ECF #1 at 11. The ESA provides that "any person may commence a civil suit on his own behalf … to enjoin any person, including the United States and any other governmental instrumentality or agency . . . who is alleged to be in violation of any provision of this Act or regulation issued under the authority thereof." 16 U.S.C. § 1540(g)(1).

Such claims may be filed "sixty days after written notice of the violation has been given to the Secretary, and to any alleged violator of any such provision or regulation." 16 U.S.C. § 1540(g)(2)(A)(i). On October 24 and 25, 2024, Plaintiffs gave notice via electronic mail and U.S. Certified Mail of their intent to sue the Federal Defendants for violations of the ESA pursuant to 16 U.S.C. § 1540(g)(1).

The expiration of the 60-day period occurs on December 23, 2024. The parties agree that it is not in the interests of judicial and party resources for Federal Defendants to prepare to file their Answer to the initial complaint knowing that an Amended Complaint will soon be filed. Plaintiffs anticipate filing their Amended Complaint on, or soon after, December 23, 2024.

Thus, in the interests of efficient case management and conservation of court and party resources, **Plaintiffs and Federal Defendants request that the current Answer deadline of December 30, 2024 be extended until 21 days after Plaintiffs file their Amended Complaint**. This is the first request for an extension of time to the Answer deadline. LR IA 6-1(a). Although Fed. R. Civ. Pro. 15 requires such an Answer to an Amended Complaint to be filed within 14 days, due to the holiday season and travel and other commitments by counsel for all parties, the additional 7 days will allow Federal Defendants to have adequate time to prepare their Answer.

Counsel for Plaintiffs have contacted counsel for Intervenor-Applicant Ioneer Corp., which stated that they do not oppose this Joint Motion.

Dated November 18, 2024.

Respectfully submitted,

*/s/ Scott Lake*
Scott Lake
Center for Biological Diversity
P.O. Box 6205
Reno, NV 89513
(802) 299-7495
slake@biologicaldiversity.org

*/s/ Roger Flynn*
Roger Flynn
Western Mining Action Project
P.O. Box 349, 440 Main Street, #2
Lyons, CO 80540
(303) 823-5738
roger@wmaplaw.org
(pro hac vice)

*Attorneys for Plaintiffs*

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

*/s/ Daniel Luecke (with permission)*
DANIEL LUECKE
Trial Attorney, Natural Resources Section
CHRISTIAN CARRARA
Trial Attorney, Wildlife & Marine Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-7863
daniel.luecke@usdoj.gov
(202) 598-9736
christian.carrara@usdoj.gov

IT IS SO ORDERED.
Dated: November 19, 2024

Nancy J. Koppe
United States Magistrate Judge