SCOTT LAKE
NV Bar No. 15765
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6205
Reno, NV 89513
Phone: (802) 299-7495
Email: slake@biologicaldiversity.org

ROGER FLYNN
CO Bar No. 21078
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main Street, #2
Lyons, CO 80540
Phone: (303) 823-5738
Email: roger@wmaplaw.org
(*pro hac vice*)

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, GREAT BASIN RESOURCE WATCH, and WESTERN SHOSHONE DEFENSE PROJECT,<br><br>   Plaintiffs,<br><br>vs.<br><br>DEBRA HAALAND in her official capacity as Secretary of the Interior, TRACY STONE-MANNING in her official capacity as the Director of the Bureau of Land Management, MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service, LAURA DANIEL-DAVIS, in her official capacity as Acting Deputy Secretary of the Interior, U.S DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and U.S. FISH AND WILDLIFE SERVICE,<br><br>   Defendants. | Case No: 2:24-cv-02043-CDS-NJK<br><br>**NOTICE OF UNOPPOSED FILING OF FIRST AMENDED COMPLAINT** |

Pursuant to Fed. R. Civ. P. 15(a)(1)(B) and this Court's November 19, 2024 Order, ECF 18, Plaintiffs hereby notify the Court and the Parties that they are submitting their First Amended Complaint as a matter of course. The First Amended Complaint is included as **Exhibit 1** to this Notice.

Dated January 10, 2025                    Respectfully submitted,

*/s/ Scott Lake*
Scott Lake
Center for Biological Diversity
P.O. Box 6205
Reno, NV 89513
(802) 299-7495
slake@biologicaldiversity.org

*/s/ Roger Flynn*
Roger Flynn
Western Mining Action Project
P.O. Box 349, 440 Main Street, #2
Lyons, CO 80540
(303) 823-5738
roger@wmaplaw.org
(*pro hac vice*)

*Attorneys for Plaintiffs*

**EXHIBITS**

**Exhibit 1**: First Amended Complaint

**CERTIFICATE OF SERVICE**

      I hereby certify that today I electronically filed the foregoing Notice of Unopposed Filing of First Amended Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such upon all attorneys of record.

Dated January 10, 2025                Respectfully submitted,

                                      */s/ Scott Lake*
                                      Scott Lake
                                      Center for Biological Diversity
                                      P.O. Box 6205
                                      Reno, NV 89513
                                      (802) 299-7495
                                      slake@biologicaldiversity.org