LISA L. RUSSELL, Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
CHRISTIAN CARRARA (NJ Bar No. 317732020)
Wildlife and Marine Resources Section
DANIEL LUECKE (CA Bar No. 326695)
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-9736 (Carrara)
Tel: (202) 598-7863 (Luecke)
Fax: (202) 305-0275
Email: christian.carrara@usdoj.gov
Email: daniel.luecke@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al. <br><br> *Plaintiffs*, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., <br><br> *Defendants,* <br><br> and <br><br> IONEER RHYOLITE RIDGE LLC, <br><br> *Defendant-Intervenor.* | Case No: 2:24-cv-02043-CDS-NJK <br><br> UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT (ECF No. 19) |

Under Federal Rule of Civil Procedure 6(b), Defendants Doug Burgum, in his official capacity as Secretary of the Interior; Jon Raby, in his official capacity as Director of the Bureau of Land Management; Paul Souza, in his official capacity as Director of the U.S. Fish and Wildlife Service; U.S. Department of the Interior; Bureau of Land Management ("BLM"); U.S.

Fish and Wildlife Service ("Service") (collectively, "Federal Defendants")[1] respectfully move for a 30-day extension of time to answer or otherwise respond to Plaintiffs' Amended Complaint, ECF No. 19. Given the change in Administration, Federal Defendants need to give the appropriate officials adequate time to review their filing. As such, Federal Defendants respectfully request a 30-day extension of their current deadline to answer or otherwise respond to Plaintiffs' Amended Complaint, until March 3, 2025.

Counsel for Federal Defendants conferred with counsel for Plaintiffs and Defendant Intervenor who indicated that they do not oppose the present motion. This is Federal Defendants' second request for an extension of time to answer or otherwise respond. *See* ECF No. 17 (Joint Motion to Extend Time to Answer Complaint).

DATED: January 31, 2025

Dated: February 3, 2025

Nancy J. Koppe
United States Magistrate Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Mr. Burgum, Mr. Raby, and Mr. Souza are automatically substituted for Debra Haaland, formerly Secretary of the Interior; Tracy Stone-Manning, formerly Director of the Bureau of Land Management; and Martha Williams, formerly Director of the U.S. Fish and Wildlife Service.