# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

    Plaintiffs,

v.

DOUG BURGUM, *et al.*,

    Defendants.

Case No.: 2:24-cv-02043-CDS-NJK

**Order**

Doug Burgum is now the United States Secretary of the Interior. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Doug Burgum in place of Debra Haaland.

IT IS SO ORDERED.

Dated: April 17, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1