SCOTT LAKE
NV Bar No. 15765
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6205
Reno, NV 89513
Phone: (802) 299-7495
Email: slake@biologicaldiversity.org

ROGER FLYNN
CO Bar No. 21078
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main Street, #2
Lyons, CO 80540
Phone: (303) 823-5738
Email: roger@wmaplaw.org
(*pro hac vice*)

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., <br><br> Defendants, <br><br> IONEER RHYOLITE RIDGE, LLC <br><br> Defendant-Intervenor. | Case No: 2:24-cv-02043-CDS-NJK <br><br> ORDER **TO EXTEND DEADLINE FOR MOTIONS ON THE ADMINISTRATIVE RECORD** <br><br> **First Request** |

Plaintiffs Center for Biological Diversity *et al.* and Federal Defendants Doug Burgum *et al.* jointly request that this Court extend the deadline for motions regarding the administrative record to April 25, 2025. Motions on the record are currently due on April 18, 2025. ECF 25. The requested extension is necessary to allow Defendants adequate time to evaluate Plaintiffs' request to complete or supplement the administrative records lodged on March 14, 2025 with additional documents. Defendant-Intervenor Ioneer Rhyolite Ridge, LLC does not oppose this motion. This is the first request to extend the deadline for motions on the administrative record.

1

Dated April 16, 2025

IT IS SO ORDERED.
Dated: April 17, 2025

*[signature]*

Nancy J. Koppe
United States Magistrate Judge

Respectfully submitted,

/s/ Scott Lake
Scott Lake
Center for Biological Diversity
P.O. Box 6205
Reno, NV 89513
(802) 299-7495
slake@biologicaldiversity.org

Roger Flynn
Western Mining Action Project
P.O. Box 349, 440 Main Street, #2
Lyons, CO 80540
(303) 823-5738
roger@wmaplaw.org
(*pro hac vice*)

*Attorneys for Plaintiffs*

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s/*Christian Carrara*
CHRISTIAN CARRARA, Trial Attorney
(NJ Bar No. 317732020)
Wildlife & Marine Resources Section

/s/ *Daniel Luecke*
DANIEL LUECKE, Trial Attorney
(CA Bar No. 326695)
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9736 (Carrara)
Tel: (202) 598-7863 (Luecke)
Fax: 202-305-0275
Email: christian.carrara@usdoj.gov
Email: daniel.luecke@usdoj.gov

*Attorneys for Federal Defendants*

2