SCOTT LAKE (SBN 15765)
MEGAN M. ORTIZ (SBN 15614)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6205
Reno, NV 89513
(802) 299-7495
slake@biologicaldiversity.org
(775) 303-8391
mortiz@biologicaldiversity.org

ROGER FLYNN
CO Bar No. 21078
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main Street, #2
Lyons, CO 80540
(303) 823-5738
roger@wmaplaw.org
(*pro hac vice*)

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., <br><br> Defendants, <br><br> IONEER RHYOLITE RIDGE, LLC <br><br> Defendant-Intervenor. | Case No: 2:24-cv-02043-CDS-NJK <br><br> EXTENDING **DEADLINE FOR MOTIONS ON THE ADMINISTRATIVE RECORD** <br><br> **Second Request** |

     Plaintiffs Center for Biological Diversity *et al*. request that this Court extend the deadline for motions regarding the administrative record to May 2, 2025. Motions on the record are currently due on April 25, 2025. ECF 30. The requested extension is necessary because Federal Defendants require additional time to evaluate Plaintiffs' request to complete or supplement the administrative records lodged on March 14, 2025. Federal Defendants and Defendant-Intervenor

1

Ioneer Rhyolite Ridge, LLC do not oppose this motion. This is the second request to extend the deadline for motions on the administrative record.

Dated April 25, 2025

Respectfully submitted,

/s/ Scott Lake
_____
Scott Lake
Center for Biological Diversity
P.O. Box 6205
Reno, NV 89513
(802) 299-7495
slake@biologicaldiversity.org

Roger Flynn
Western Mining Action Project
P.O. Box 349, 440 Main Street, #2
Lyons, CO 80540
(303) 823-5738
roger@wmaplaw.org
(*pro hac vice*)

Megan M. Ortiz
Center for Biological Diversity
P.O. Box 6205
Reno, NV 89513
(775) 303-8391
mortiz@biologicaldiversity.org

*Attorneys for Plaintiffs*

IT IS SO ORDERED

Dated: April 28, 2025

_____
U.S. Magistrate Judge

2