SCOTT LAKE (SBN 15765)
MEGAN M. ORTIZ (SBN 15614)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6205
Reno, NV 89513
(802) 299-7495
slake@biologicaldiversity.org
(775) 303-8391
mortiz@biologicaldiversity.org

ROGER FLYNN
CO Bar No. 21078
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main Street, #2
Lyons, CO 80540
(303) 823-5738
roger@wmaplaw.org
(*pro hac vice*)

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>Defendants<br><br>IONEER RHYOLITE RIDGE, LLC,<br><br>Defendant-Intervenor | Case No: 2:24-cv-02043-CDS-NJK<br><br>**STIPULATION AND ORDER AMENDING THE SCHEDULING ORDER (ECF 41)**<br><br>**Third Request**<br><br>[ECF No. 44] |

Pursuant to Fed. R. Civ. P. 6(b) and LR IA 6-1, Plaintiffs Center for Biological Diversity *et al.*, and Federal Defendants  Doug Burgum, in his official capacity as Secretary of the U.S. Department of the Interior, *et al.*, (collectively "Federal Defendants"), and Defendant-Intervenor Ioneer Rhyolite Ridge, LLC ("Ioneer"), hereby stipulate to amend the Scheduling Order, ECF 41. This is the third request to change the Scheduling Order.

Due to previously unforeseen travel obligations and emergency appellate briefing in another matter, Plaintiffs request a two-week extension to the deadline to file their Response/Reply, which is currently due on **August 29, 2025**. In response, Federal Defendants and Ioneer request a two-week extension to their deadline to file their Replies, which are currently due on **October 3, 2025**. The Parties therefore jointly propose the following schedule, which incorporates both of these changes, in place of the current one:

1.    Plaintiffs shall file their consolidated reply in support of their motion for summary judgment and response to Federal Defendants' and Ioneer's cross-motions, which will be limited to 45 pages, on or before **September 12, 2025.**

2.    Federal Defendants and Ioneer shall file any reply in support of their cross-motions, which will be limited to 25 pages, on or before **October 17, 2025.**

3.    The parties have conferred about initial Project activities and Plaintiffs' reservation of their right to seek preliminary injunctive relief. In an effort to avoid such a motion at this time, Ioneer will limit Project activities during 2025 and 2026 as follows:

a.  Ioneer will not commence road construction and realignment activities within Tiehm's buckwheat critical habitat until at least **March 2026.**

b.  Ioneer will not begin stripping overburden and soil within Tiehm's buckwheat critical habitat until at least **June 2026.**

c.  Ioneer has conducted some reclamation work, including weed control outside of Tiehm's buckwheat critical habitat, in 2025. Reclamation work, including as described in paragraph 4.d., below, will continue through Summer 2025.

d.  Reclamation work within Tiehm's buckwheat critical habitat is for existing disturbance associated with the previous exploration notices, as well research plots utilized by the

University of Nevada, Reno (UNR). Reclamation will be focused on weed control, subject to the finalization of the invasive species control plan.

e. Ioneer may begin water supply development utilizing existing well TW-2 no earlier than **November 2025**. Access to TW-2 will be via the existing access road. The water line from TW-2 will be run on the surface (*i.e.* not buried) along this existing disturbance route. Additional construction of water wells and related infrastructure within Tiehm's buckwheat critical habitat will not occur until 2026.

4.    Ioneer will notify Plaintiffs' counsel at least 60 days prior to beginning any ground disturbing activity within Tiehm's buckwheat critical habitat except the reclamation and water supply development work specifically described in paragraphs 5(c)-(e) above scheduled to take place in 2025. Upon receipt of such notice, should Plaintiffs determine that preliminary injunctive relief is necessary to prevent irreparable harm to their interests, Plaintiffs may file a motion for preliminary injunction no later than 30 days before the start of ground-disturbing activities in Tiehm's buckwheat critical habitat, seeking to enjoin all Project activities except those activities specifically described in paragraphs 4(c)-(e) above that may occur during 2025. Plaintiffs' motion for preliminary injunction shall not exceed 30 pages.

5.    The Parties shall confer on or before **January 30, 2026** to discuss whether Defendant-Intervenor's schedule for construction and activity commencement has been delayed. Defendant-Intervenor agrees to provide notice to all Parties if for any reason its anticipated construction schedule has been accelerated.

Dated this 18th day of August, 2025.

/s/ Scott Lake
SCOTT LAKE
Nevada Bar No. 15765
Center for Biological Diversity
P.O. Box 6205
Reno, NV 89513
(802) 299-7495
slake@biologicaldiversity.org

/s/ *Megan M. Ortiz*
MEGAN M. ORTIZ
Nevada Bar No. 15614
Center for Biological Diversity
P.O. Box 6205
Reno, NV 89513
(775) 303-8391
mortiz@biologicaldiversity.org


/s/ *Roger Flynn*
ROGER FLYNN
Colorado Bar No. 21078
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main Street, #2
Lyons, CO 80540
Phone: (303) 823-5738
Email: roger@wmaplaw.org
(*pro hac vice*)

*Attorneys for Plaintiffs*


/s/ *Christian Carrara*
CHRISTIAN CARRARA
New Jersey Bar No. 317732020
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044
Tel. (202) 598-3796
Christian.carrara@usdoj.gov


/s/ *Daniel Luecke*
DANIEL LUECKE
California Bar No. 326695
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 532-5271
Daniel.luecke@usdoj.gov

*Attorneys for Federal Defendants*

/s/ *Steven M. Silva*

Steven M. Silva, Nevada Bar No. 12492
Miller Starr Regalia
300 E. 2nd Street, 15th Floor
Reno, NV 89501
Tel: 775-895-3036

/s/ *Svend Brandt-Erichsen*

Svend Brandt-Erichsen
Admitted Pro Hac Vice
Washington Bar No. 23923
NOSSAMAN LLP
719 Second Avenue, Suite 1200
Seattle, WA 98104
Tel: (206) 395-7630

*Attorneys for Intervenor Ioneer Rhyolite Ridge LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: August 20, 2025