1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>            Plaintiffs,<br><br>    vs.<br><br>DOUG BURGUM, *et al.*,<br><br>            Defendants,<br><br>      and<br><br>IONEER RHYOLITE RIDGE LLC,<br><br>            Intervenor-Defendant. | Case No: 2:24-cv-02043-CDS-NJK<br>**ORDER GRANTING SUBSTITUTION OF RESIDENT NEVADA COUNSEL FOR IONEER RHYOLITE RIDGE LLC** |

Pursuant to Local Rule IA 11-6(c), Ioneer Rhyolite Ridge LLC hereby substitutes Linda M. Bullen for Steven M. Silva as its resident Nevada counsel in this action.

By: _____

Its: <u>Senior Vice President of Ops and Engineering</u>

63778195.v1

1 | Linda M. Bullen consents to serve as associate resident Nevada counsel in this case and
2 | hereby enters her appearance on behalf of Ioneer Rhyolite Ridge LLC.  Steven M. Silva hereby
3 | consents to the substitution and withdraws as counsel for Ioneer Rhyolite Ridge LLC.

Date:    September 30, 2025

/s/ Linda M. Bullen
Linda M. Bullen, Nevada Bar No. 7629
Bullen Law, LLC
8635 W. Sahara Ave., #454
Las Vegas, NV 89117
Tel: 702.279.4040
Email: linda@bullenlaw.com

/s/ Steven M. Silva
Steven M. Silva, Nevada Bar No. 12492
895 Pinebrook Road
Reno, NV 89509
Tel: 775-895-3036
stevensilva.esq@gmail.com

Svend Brandt-Erichsen
Admitted Pro Hac Vice
Washington Bar No. 23923
NOSSAMAN LLP
719 Second Avenue, Suite 1200
Seattle, WA 98104
Tel: (206) 395-7630

*Attorneys for Intervenor-Defendant Ioneer Rhyolite Ridge LLC*

**IT IS SO ORDERED**
Dated: October 1, 2025
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

- 1 -

63778195.v1