ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
CHRISTIAN CARRARA (NJ Bar No. 317732020)
Wildlife & Marine Resources Section
DANIEL LUECKE (CA Bar No. 326695)
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-9736 (Carrara)
Tel: (202) 598-7863 (Luecke)
Fax: (202) 305-0275
Email: christian.carrara@usdoj.gov
Email: daniel.luecke@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., <br><br> Defendants <br><br> and <br><br> IONEER RHYOLITE RIDGE LLC, <br><br> Defendants-Intervenor | Case No: 2:24-cv-02043-CDS-NJK <br><br> **Order Granting Defendants'** <br> **UNOPPOSED MOTION FOR A STAY OF BRIEFING IN LIGHT OF LAPSE OF APPROPRIATIONS** <br> **(First Request)** <br><br> [ECF No. 48] |

Federal Defendants hereby move for a stay, including the pending deadline for Federal Defendants to file their reply brief on October 17, 2025, in the above-captioned case. *See* ECF No. 45.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department

FED. DEFS.' MOT. FOR STAY

lapsed. The same is true for most other Executive agencies. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of this case, including all pending deadlines, until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. Federal Defendants request that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. The undersigned counsel conferred with counsel for the other parties and neither Plaintiffs nor Defendant-Intervenor oppose this limited stay. Plaintiffs reserve the right to seek to expedite the case once the stay ends and/or may seek relief from the stay, or otherwise seek preliminary relief before the start of any project activities not already agreed to in the approved Scheduling order (ECF No. 45).

Therefore, although we greatly regret any disruption caused to the Court and other parties, Federal Defendants hereby move for a stay of this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Submitted on this 1st day of October, 2025.

FED. DEFS.' MOT. FOR STAY

2

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

/s/ Christian H. Carrara
CHRISTIAN H. CARRARA, Trial Attorney
(NJ Bar No. 317732020)
Wildlife & Marine Resources Section

/s/ Daniel Luecke
DANIEL LUECKE, Trial Attorney
(CA Bar No. 326695)
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9736 (Carrara)
Tel: (202) 598-7863 (Luecke)
Fax: 202-305-0275
Email: christian.carrara@usdoj.gov
Email: daniel.luecke@usdoj.gov

*Attorneys for Federal Defendants*

### Order

It is ordered that the federal defendants' unopposed motion to stay **[ECF No. 48] is granted**. Accordingly, this matter is stayed. The defendants' replies are due in accordance with General Order 2025-07.

Dated: October 3, 2025

_____
United States District Judge

FED. DEFS.' MOT. FOR STAY