# Exhibit 4

*to*

Plaintiffs' Motion for Leave to Submit Supplemental Authority and Notice of Agency Action, and Motion for Judicial Notice

*in*

*Center for Biological Diversity et al. v. Burgum et al.*, 2:24-cv-02043-CDS-NJK

Proposed Order

SCOTT LAKE
NV Bar No. 15765
MEGAN ORTIZ
NV Bar No. 15614
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6205
Reno, NV 89513
Phone: (802) 299-7495
Email: slake@biologicaldiversity.org
Email: mortiz@biologicaldiversity.org

ROGER FLYNN
CO Bar No. 21078
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main Street, #2
Lyons, CO 80540
Phone: (303) 823-5738
Email: roger@wmaplaw.org
(*pro hac vice*)

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>    Defendants,<br><br>IONEER RHYOLITE RIDGE, LLC<br><br>    Defendant-Intervenor. | Case No: 2:24-cv-02043-CDS-NJK<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL AUTHORITY AND TO TAKE JUDICIAL NOTICE** |

      Plaintiffs, Center for Biological Diversity et al., moved for leave to file a notice of supplemental authority in support of Plaintiffs' Motion for Summary Judgment, and to take judicial notice. Having considered the motion and for good cause shown, the Court hereby **GRANTS** the motion.

      The Court will accept, as supplemental authority, the Defendant Bureau of Land Management (BLM)'s Notice in the Federal Register describing its intent to prepare an

Environmental Impact Statement (EIS) for a proposed expansion of the Castle Mountain Mine in Southern Nevada and California, 90 Fed. Reg. 48373 (Oct. 20, 2025) (Exh. 2 to Plaintiffs' Motion). The Court will also take judicial notice of, as referenced in that Federal Register Notice, and posted on BLM's website, a Right-of-Way (ROW) application and Utilities Plan of Development (UPOD) under FLPMA Title V for a water pipeline and electrical transmission line needed to service the existing Castle Mountain Mine and proposed mine expansion (Exh. 3 to Plaintiffs' Motion).

                                      IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____