**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) Case No: 2:24-cv-02043-CDS-NJK |
| *Plaintiffs*, | ) |
| v. | ) **ORDER GRANTING** |
| | ) **WITHDRAWAL OF COUNSEL** |
| DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., | ) |
| *Defendants,* | ) |
| and | ) |
| IONEER RHYOLITE RIDGE LLC, | ) |
| *Defendant-Intervenor.* | ) |

PLEASE TAKE NOTICE that Christian H. Carrara hereby withdraws as counsel for Federal Defendants in this action, and requests that no further pleadings and papers be served upon him. Daniel Luecke of the U.S. Department of Justice will continue to represent Federal Defendants in this action.

**IT IS SO ORDERED**
Dated: April 1, 2026

_____

Nancy J. Koppe
United States Magistrate Judge