**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., Plaintiffs<br>v.<br>DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., Defendants<br>and<br>IONEER RHYOLITE RIDGE LLC, Defendant-Intervenor | Case No: 2:24-cv-02043-CDS-NJK<br>**Order Granting MOTION TO SUBSTITUTE ATTORNEYS**<br>[ECF No. 64] |

Defendants hereby request under Local Rule IA 11-6(b) that Shannon Boylan be substituted as counsel of record for the defendants in this matter in place of Daniel C. Luecke, who withdraws as counsel. There is good cause for the substitution because Mr. Luecke will be leaving the U.S. Department of Justice on November 6, 2026. Ms. Boylan is an active member of the D.C. Bar and is registered for Electronic Case Filing with this Court. Ms. Boylan's contact information is as follows:

Shannon Boylan
Trial Attorney (DC Bar No. 1724269)
U.S. Department of Justice Natural Resources
Section P.O. Box 7611
Washington, D.C. 20044-7611 (202) 598-9584
shannon.boylan@usdoj.gov

Submitted on this 5th day of November, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Daniel Luecke*
DANIEL LUECKE
Trial Attorney (CA Bar No. 326695)
U.S. Department of Justice
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-7863
Email: daniel.luecke@usdoj.gov

*/s/ Shannon Boylan*
SHANNON BOYLAN
Trial Attorney (D.C. Bar No. 1724269)
U.S. Department of Justice
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-9584
E-mail: shannon.boylan@usdoj.gov

*Attorneys for Defendants*

IT IS SO ORDERED:

______________________________
United States District Judge
Dated: November 9, 2026